IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01128-MEH

DRYWALL SUPPLY INCORPORATED,

    Plaintiff,

v.

L&W SUPPLY CORPORATION,

    Defendant.

---

**ORDER**

---

**Michael E. Hegarty, Chief United States Magistrate Judge.**

    The Parties have filed a "Stipulation to Dismiss with Prejudice." ECF 63. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stipulation is self-effectuating, and the claims between the Parties were dismissed with prejudice as of the filing of the Stipulation.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 10th day of October 2024.

                                                  BY THE COURT:

                                                  Michael E. Hegarty
                                                  Chief United States Magistrate Judge